[pic]

 NUMBER 13-14-00119-CR

 COURT OF APPEALS

 THIRTEENTH DISTRICT OF TEXAS

 CORPUS CHRISTI - EDINBURG

ASHLEY LORRAINE MACHUCA, Appellant,

 v.

THE STATE OF TEXAS, Appellee.

 On appeal from the 36th District Court
 of San Patricio County, Texas.

 O R D E R

 Before Justices Rodriguez, Garza and Pereks
 Order Per Curiam

 Appellant, Ashley Lorraine Machuca, has filed a notice of appeal with
this Court from her conviction in trial court cause number S-12-3236CR. The
trial court's certification of the defendant's right to appeal shows that
the defendant does not have the right to appeal. See Tex. R. App. P.
25.2(a)(2). The Texas Rules of Appellate Procedure provide that an appeal
must be dismissed if a certification showing that a defendant has a right
of appeal is not made a part of the record. Tex. R. App. P. 25.2(d); see
Tex. R. App. P. 37.1, 44.3, 44.4.
 Within thirty days of receipt of this notice, appellant's lead
appellate counsel, Hon. Timothy McCoy, is hereby ORDERED to: 1) review the
record; 2) determine whether appellant has a right to appeal; and 3)
forward to this Court, by letter, counsel's findings as to whether
appellant has a right to appeal and/or advise this Court as to the
existence of any amended certification.
 If appellant's counsel determines that appellant has a right to
appeal, counsel is further ORDERED to file a motion with this Court within
thirty days of receipt of this notice, identifying and explaining
substantive reasons why appellant has a right to appeal. See Tex. R. App.
P. 44.3, 44.4; see also, e.g., Carroll v. State, No. 04-03-00473-CR, 2003
Tex. App. LEXIS 7317 (San Antonio 2003, no pet.) (designated for
publication) (certification form provided in appendix to appellate rules
may be modified to reflect that defendant has right of appeal under
circumstances not addressed by the form). The motion must include an
analysis of the applicable case law, and any factual allegations therein
must be true and supported by the record. Cf. Woods v. State, 108 S.W.3d
314, 316 (Tex. Crim. App. 2003) (construing former appellate rule
25.2(b)(3) and holding that recitations in the notice of appeal must be
true and supported by the record). Copies of record documents necessary to
evaluate the alleged error in the certification affecting appellant's right
to appeal shall be attached to the motion. See Tex. R. App. P. 10.1, 10.2.
 PER CURIAM
Do not publish. Tex. R. App. P. 47.2(b).
Delivered and filed the 24th day of February 2014.